✎AO 442     (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

GREGORY SMOKE
2112 Crenshaw Road
Wetumpka AL

**WARRANT FOR ARREST**

Case Number: 2:06CR167-MHT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GREGORY SMOKE__
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with    (brief description of offense)
Conspiracy (1 Count)
Violation of Controlled Substances Act (1 Count)
Violation of Gun Control Act (2 Counts)


in violation of Title __21 and 18__ United States Code, Section(s) __21:846 and 841(a)(1); 18:924(c)(1)(A) and 922(g)(1)__

__DEBRA P. HACKETT__                               by: _[signature]_
Name of Issuing Officer                             Signature of Issuing Officer

__CLERK OF COURT__                                 __7/13/06   MONTGOMERY ALABAMA__
Title of Issuing Officer                           Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____