IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | |
| | ) | CR. NO. __2:06CR167-MHT__ |
| GREGORY SMOKE | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _____Gregory Smoke_____, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_7/20/06_____           _Gregory Smoke_____
DATE                              DEFENDANT

                                  _____
                                  ATTORNEY FOR DEFENDANT