COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☑ INITIAL APPEARANCE       **DATE:** 7-20-2006

❏ BOND HEARING

❏ DETENTION HEARING      Digital Recording 4:14 to 4:31

❏ PRELIMINARY (EXAMINATION) (HEARING)      4:32 - 4:43pm

❏ REMOVAL HEARING [RULE 5]

❏ ARRAIGNMENT

PRESIDING MAG. JUDGE   Delores Boyd     **DEPUTY CLERK:** sql

CASE NO. 2:06CR167-MHT    **DEFT. NAME:** Gregory Smoke

AUSA: Cooke      **DEFT. ATTY:** Robert Illman

           Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; ((  )) CDO

PTSO: Thweatt

USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   Name: _____

☑ Date of Arrest 7-20-06 or ❏ Arrest Rule 5

☑ Deft. First Appearance. Advised of rights/charges. ❏Prob/Sup Rel Violator

☑ Deft. First Appearance with Counsel

❏ Deft. First Appearance without Counsel

☑ Requests appointed Counsel

☑ Financial Affidavit executed ❏ to be obtained by PTSO

☑ ORDER appointing Community Defender Organization

❏ Panel Attorney Appointed; ❏to be appointed - prepare voucher

❏ Deft. Advises he will retain counsel. Has retained _____

❏ ❏Government's ORAL Motion for Detention Hearing ❏ to be followed by written motion; ❏ Government's WRITTEN motion for Detention Hearing filed

❏ Detention Hearing ❏held; ❏ set for _____ at _____

❏ ORDER OF TEMPORARY DETENTION PENDING HEARING entered

❏ ORDER OF DETENTION PENDING TRIAL entered

❏ Release order entered. Deft advised of conditions of release

❏ BOND EXECUTED (M/D AL charges) $ _____ . Deft released

❏ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered

❏ Bond not executed. Deft to remain in Marshal's custody

❏ Deft. ORDERED REMOVED to originating district

❏ Waiver of ❏preliminary hearing; ❏ Waiver of Rule 40 Hearing

❏ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.

✓ ARRAIGNMENT ☑HELD. Plea of NOT GUILTY entered. ❏Set for _____

     DISCOVERY DISCLOSURE DATE: 7-20-06

NOTICE to retained Criminal Defense Attorney handed to counsel

Identity/Removal Hearing set for _____

Waiver of Speedy Trial Act Rights executed