IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-167-MHT |
| | ) | |
| GREGORY SMOKE | ) | |

**ORDER ON MOTION**

It is **ORDERED** that the *Government's Motion for Detention Hearing* (Doc. 6, July 20, 2006) is **GRANTED** to the extent of its request for a detention hearing. The detention hearing is set at **3:30 p.m. on July 25, 2006,** in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Pending the hearing, the defendant shall be held in the custody of the U.S. Marshal and produced for the hearing.

Done this 21st day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE