COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA                              DATE: 7-25-2006

☐ INITIAL APPEARANCE
☐ BOND HEARING
☒ DETENTION HEARING                    Digital Recording 3:33 to 3:48 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd          DEPUTY CLERK: sql
CASE NO.: 2:06CR167-MHT                     DEFT. NAME: Gregory SMOKE
AUSA: Cooke                                 DEFT. ATTY: Jennifer Hart
                                            Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (CDO)
PTSO: Thweatt
USPO:

Defendant ____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO ____ YES    Name: _____

☐ Date of Arrest _____ or ☐ Arrest Rule 5
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
✓ Detention Hearing ☒held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
✓ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $_____ . Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
     DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed