IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA

VS.   CR. NO. 2:06CR-MHT

GREGORY SMOKE

## WITNESS LIST

**GOVERNMENT**

1. Thomas Reed
2. —
3. Court
4. Ron Thweatt

**DEFENDANT**

1. Betsie Smoke