IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | 2:06-CR-167-MHT |
| ) | |
| GREGORY SMOKE ) | |

**ORDER ON MOTION**

Upon consideration of the *Motion for Order Directing the United States Marshal to Release Custody of Prisoner* (Doc. 31), filed on August 18, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Gregory Smoke from August 25, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Devin Whittle/Jennifer Rudden/Champ Benson shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 21st day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE