# MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

☒ Northern    ☐ Southern    ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 8/21/2006 | @ 11:12 ☒ a.m. ☐ p.m |
| DATE COMPLETED 8/21/2006 | @ 11:20 ☒ a.m. ☐ p.m |

CASE NO. 2:06CR167-MHT

UNITED STATES OF AMERICA     VS.     GREGORY SMOKE
Plaintiff(s)                         Defendant(s)

## APPEARANCES

Plaintiff(s)/Government         Defendant(s)
~~Cooke~~ Moorer                ~~Hart~~ Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.     Crt Rptr: _____
Law Clerk: _____               Interpreter: _____
USPO/USPTS: _____              Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference        ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**
Pending Motions: Suppression
Discovery Status: Complete     Plea Status: Possible
Trial Status/Length: 2-3 Days  Trial Term: 10-30-06