IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-167-MHT |
| | ) | |
| GREGORY SMOKE | ) | |

**ORDER**

Pursuant to the Defendant's *Motion to Suppress* (Doc. 30, filed August 16, 2006), it is

**ORDERED** that the motion is set for an evidentiary hearing at **9:30 a.m.** on **September 29, 2006**, in District Courtroom 4A, Frank M. Johnson Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. The government shall file a response to the motion on or before September 25, 2006.

Done this 21st day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE