IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| USA | * | |
| | * | 2:06cr167-MHT |
| VS. | * | |
| | * | |
| GREGORY SMOKE | * | |
| BETTY ROBERTSON | | |

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Tom Reid | 1. Danny Carmichael |
| 2. Jonathan Benson | 2. |
| 3. Jennifer Rudden | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |