AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **ALABAMA**

| USA | DEFENDANT SMOKE'S EXHIBIT LIST |
|---|---|
| V. | |
| GREGORY SMOKE<br>BETTY ROBERTSON | Case Number: 2:06cr167-MHT |

| PRESIDING JUDGE<br>DELORES R. BOYD | GOVERNMENT'S ATTORNEY<br>David Cooke | DEFENDANT'S ATTORNEY<br>Jennifer Hart |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hearing 9/29/06 | COURT REPORTER<br>Mitchell Reisner | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 2 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 4 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 5 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 6 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 7 | 9/29/06 | x | x | Photograph of Mail Box on Property located on Crenshaw Rd, Wetumpka, AL |
| | 8 | 9/29/06 | x | x | Photograph of Mail Box on Property located on Crenshaw Rd, Wetumpka, AL |
| | 9 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 10 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 11 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | 12 | 9/29/06 | x | x | Photograph of Property on Crenshaw Rd., Wetumpka, AL |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages