✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  MIDDLE  | DISTRICT OF | ALABAMA |
|---|---|---|

| USA | **DEFENDANT ROBERTSON'S EXHIBIT LIST** |
|---|---|
| V. | |
| GREGORY SMOKE  BETTY ROBERTSON | Case Number: 2:06cr167-MHT |

| PRESIDING JUDGE  DELORES R. BOYD | GOVERNMENT'S ATTORNEY  David Cooke | DEFENDANT'S ATTORNEY  Susan Graham James |
|---|---|---|
| TRIAL DATE (S)  Suppression Hearing 9/29/06 | COURT REPORTER  Mitchell Reisner | COURTROOM DEPUTY  Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/29/06 | x | x | Alabama Criminal History Report for Betty Robertson |
| | 2 | 9/29/06 | x | x | Alabama Criminal History Report for Gregory Smoke |
| | 3 | 9/29/06 | x | x | Central Alabama Drug Task Force Affidavit for Warrant for Betty Robertson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages