IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:06cr167-MHT** |
| **GREGORY SMOKE and** | ) | |
| **BETTY ROBERTSON** | ) | |

**ORDER**

**After an independent and de novo review of the record, including a review of the transcript of the evidentiary hearing before the magistrate judge, the court agrees with the magistrate judge's factual findings and further agrees that this case is controlled by <u>United States v. Burke</u>, 784 F.2d 1090 (11th Cir. 1986), and <u>United States v. Weinstein</u>, 762 F.2d 1522 (11th Cir. 1985). Accordingly, it is ORDERED as follows:**

 (1) **Defendant Betty Robertson's objections (doc. no.**

   **48) are overruled.**

 (2) The United States Magistrate Judge's recommendation (doc. no. 47) is adopted.

 (3) Defendant Robertson's motion to suppress (doc. no. 41) is denied.

 (4) Defendant Gregory Smoke's motion to suppress (doc. no. 30) is denied.

DONE, this the 20th day of October, 2006.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**