IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-167-MHT |
| | ) | |
| GREGORY SMOKE | ) | |

### ORDER

Upon the Defendant's *Notice of Intent to Change Plea* (Doc. 52, filed October 23, 2006), it is

**ORDERED** that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **October 26, 2006, at 3:30 p.m., in District Courtroom 4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 24th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE