**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 10/26/2006
**DIGITAL RECORDING:** 3:35 – 4:28 pm
**COURT REPORTER:** Mitchell Reisner

☐ ARRAIGNMENT  ☒ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB
**DEPUTY CLERK:** sql
**CASE NUMBER:** 2:06CR167-MHT
**DEFENDANT NAME:** Gregory SMOKE
**AUSA:** Franklin ~~Snyder~~
**DEFENDANT ATTORNEY:** ~~Jennifer Hart~~ Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Lee
Interpreter present? (✓)NO; ( )YES   Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
   ☒ Guilty as to:
      ☒ Count(s): 2, 3, 4
      ☒ Count(s): 1   ☐ dismissed on oral motion of USA
            ☒ to be dismissed at sentencing

☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 2, 3, 4.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
      DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U.S. Marshal for:
      ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel