```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
         v.                   )   CR. NO. 2:06cr167-T
                              )
GREGORY SMOKE                 )
```

UNITED STATES OF AMERICA'S MOTION
FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Defendant does not oppose forfeiture pursuant to his plea agreement.

Respectfully submitted this 30th day of October, 2006.

```
                         FOR THE UNITED STATES ATTORNEY
                               LEURA G. CANARY



                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201
                         Montgomery, Alabama 36104
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing Motion and Proposed Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Louis V. Franklin, Sr., Susan G. James** and **Jennifer A. Hart.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7135