IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-CR-167-MHT |
| | ) | |
| **GREGORY SMOKE** | ) | |
| | ) | |

**United States's Motion for Downward Departure
for Acceptance of Responsibility and for Substantial Assistance**

The United States moves this Court to reduce Gregory Smoke's offense level by one-level based on Smoke's acceptance of responsibility and two additional levels based upon his substantial assistance in this case. As grounds for this Motion, the United States notes:

1. When Assistant United States Attorneys Louis V. Franklin and Christopher Snyder made their notices of appearance in this case on October 19, 2006, Smoke's counsel immediately contacted the United States Attorney's Office to indicate that Smoke would like to cooperate with the Government and plead guilty.

2. Given the circumstances of this particular case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Smoke's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

4. During Smoke's cooperation, he has additionally provided substantial

assistance in the investigation of this case as well as other state and federal crimes. He has made himself available for subsequent debriefings, and the United States submits that he has, at all times, been truthful with federal investigators.

5. Moreover, as part of the plea agreement, Smoke has waived his right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, United States also asks this Court to depart an additional two-levels under Guideline § 5K1.1 based upon Smoke's substantial assistance.

Respectfully submitted this the 8th day of January, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jennifer Hart.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney