IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| **GREGORY SMOKE** | ) | |

## ORDER

Based on the representations made today in open court, it is ORDERED as follows:

(1) Defendant Gregory Smoke's oral motion to continue sentencing is granted.

(2) Sentencing for defendant Smoke is reset for March 7, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 18th day of January, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE