# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 18, 2007          AT  10:08  A.M./P.M.

DATE COMPLETED   January 18, 2007          AT  10:10  A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06cr167-01-MHT

        VS.

GREGORY SMOKE

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Kevin L. Butler |
| AUSA Louis V. Franklin, Sr. | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NON-JURY TRIAL
(x)  OTHER PROCEEDING:    SENTENCING HEARING

10:08 a.m.                Sentencing hearing commenced. Defendant's
                          counsel **ORAL MOTION** to continue sentencing to
                          have psychiatric evaluation of defendant.
                          Government has no objections to continuance.
                          Court will grant oral motion to continue and
                          reset sentencing.
10:10 p.m.                Hearing concluded.