IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No.: 2:06cr167-MHT |
| | ) |
| GREGORY SMOKE | ) |

### NOTICE OF FILING PSYCHOLOGICAL EVALUATION

COMES NOW the Defendant, Gregory Smoke, by and through undersigned counsel, Jennifer A. Hart, and respectfully notifies this Court that she has filed the attached Psychological Evaluation by Dr. Daniel Koch.

Dated this 2nd day of March 2007.

Respectfully submitted,

*Jennifer A. Hart*
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of March 2007, served a copy of the foregoing by facsimile and U.S. Mail, upon the following:

Chris Snyder

Respectfully submitted,

*Jennifer A. Hart*
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189