# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE              AT MONTGOMERY   ALABAMA

DATE COMMENCED   March 7, 2007                AT   3:00   A.M./P.M.

DATE COMPLETED   March 7, 2007                AT   3:53   A.M./P.M.

UNITED STATES OF AMERICA                      Criminal Action
                                              2:06cr167-01-MHT

       VS.

GREGORY SMOKE

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Jennifer A. Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NON-JURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 3:00 p.m. | Sentencing hearing commenced (continuation). Defendant's summary of case. Court directs PSR to be modified to include psychiatric report. |
| 3:10 p.m. | (In-Camera) conference with counsel regarding sentencing guideline range. Defendant's request for sentence outside the guideline range as to counts 1 and 2 as stated on the record. Probations statements as to why seven year sentence is not appropriate. Government's statements as to why seven year sentence is not appropriate. Sentence imposed; **ORAL ORDER** during imposition granting [69] Motion for Downward Departure. Defendant's objection to imposed sentence as stated on the record. Government's **ORAL MOTION** for Preliminary Order of Forfeiture to be made Final Order. **ORAL ORDER** granting |

```
page 2
2:06cr167-01-MHT
USA v Smoke
```

|  |  |
|---|---|
|  | Oral Motion for Final Order of Forfeiture. Government's **ORAL MOTION** to Dismiss Count 1 of the Indictment. **ORAL ORDER** dismissing Count 1. |
| 3:53 p.m. | Hearing Concluded. |