IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167MHT |
| GREGORY SMOKE | ) | |

ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 110) is granted.

DONE, this the 28th day of November, 2007.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE