IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr167-MHT |
| | ) | |
| GREGORY SMOKE | ) | |

<u>UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on November 1, 2006, this Court entered a Preliminary Order of Forfeiture ordering Gregory Smoke to forfeit:

> One Armscor Precision, Model 1600, .22 caliber rifle, bearing serial number A466303;
>
> One FIE, Derringer, .38 caliber handgun, bearing serial number 030182;
>
> One Smith & Wesson, .38 caliber handgun, bearing serial number J356206;
>
> One Remington Model 550-1, .22 caliber rifle, bearing serial number DC45;
>
> One J.C. Higgins, Model 101.23, .22 caliber rifle, serial number unknown;
>
> One Savage, Model 987, .22 caliber rifle, bearing serial number E775459.

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the firearms was published in the <u>Montgomery Independent</u> newspaper on November 8, 15 and 22, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 3rd day of January, 2008.

                FOR THE UNITED STATES ATTORNEY
                     LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2008, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney