```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        v.                   )   CR. NO. 2:06cr167-MHT
                             )
GREGORY SMOKE                )
```

FINAL ORDER OF FORFEITURE

WHEREAS, on November 1, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Gregory Smoke to forfeit the following firearms:

> One Armscor Precision, Model 1600, .22 caliber rifle, bearing serial number A466303;
>
> One FIE, Derringer, .38 caliber handgun, bearing serial number 030182;
>
> One Smith & Wesson, .38 caliber handgun, bearing serial number J356206;
>
> One Remington Model 550-1, .22 caliber rifle, bearing serial number DC45;
>
> One J.C. Higgins, Model 101.23, .22 caliber rifle, serial number unknown;
>
> One Savage, Model 987, .22 caliber rifle, bearing serial number E775459.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Gregory Smoke had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Sections 924(c)(1)(A) and 2.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the government's motion for final order of forfeiture (Doc. No. 117) is granted as follows:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Armscor Precision, Model 1600, .22 caliber rifle, bearing serial number A466303;
>
> One FIE, Derringer, .38 caliber handgun, bearing serial number 030182;
>
> One Smith & Wesson, .38 caliber handgun, bearing serial number J356206;
>
> One Remington Model 550-1, .22 caliber rifle, bearing serial number DC45;
>
> One J.C. Higgins, Model 101.23, .22 caliber rifle, serial number unknown;
>
> One Savage, Model 987, .22 caliber rifle, bearing serial number E775459.

2. All right, title and interest to the firearms described

above are hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

    3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

    4.   The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

    SO ORDERED this the 4th day of January, 2008.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE