**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

April 24, 2008

# NOTICE OF DEFICIENCY

**To:**             Atty Susan James

**From:**           Clerk's Office

**Case Style:**     USA vs. Betty Robertson

**Case Number:**    2:06cr167-MHT

**Referenced Pleading:**   Document #120
                           Motion for Retroactive Application of Sentencing Guidelines
                           to Crack Cocaine Offense

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was docketed in this case to the incorrect defendant. The motion was filed on behalf of defendant Betty Robertson, but filed as to Gregory Smoke.**