UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
**Retroactivity Screening Panel**
**Recommendation**

| United States of America | Case No. |
| --- | --- |
| | USM No. |
| v. | Previous Atty. |
| | Current Atty. |
| | Institution |
| | Proj. Rel. Date |

Date of Previous Judgment:

Review of case is based on motion of:      the defendant
                                          the Court
                                          the Director of the Bureau of Prisons

Determination of the Guideline Range (Prior to Any Departures)
Previous Offense Level:                   Amended Offense Level:
Criminal History Category:                Criminal History Category:
Previous Guideline Range:    to    mos.   Amended Guideline range:    to    mos.

    Previous sentence was based on a downward departure or Rule 35 motion which resulted in a guideline
    range of    to    mos.

Previous Sentence:    months

    A unanimous decision regarding a recommended sentence could not be reached by the panel. The panel
    recommends that the Court appoint counsel and that a hearing be set.

Unanimous Recommended Sentence Based on Amended Guideline Range:    months

    Recommended sentence is within the amended guideline range.

    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at
    the time of sentencing as a result of a departure or Rule 35 reduction, and the recommended reduced sentence
    is comparably less than the amended guideline range.

    Other (explain):

    The panel has reviewed the factors for consideration outlined in U.S.S.G. §1B1.10, comment. (n.1) and has
    found that there are no public safety or post-sentencing conduct issues that would preclude the defendant from
    being considered for a reduced sentence.

    The panel has reviewed the factors for consideration outlined in U.S.S.G. §1B1.10, comment. (n.1) and has
    found that there are public safety or post-sentencing conduct issues that the court may wish to consider in
    making a determination regarding whether a reduction in the defendant's term of imprisonment is warranted.
    Please see attached document(s).


    Recommendation Approved.


    Recommendation Disapproved
                                                              _____
                                                              U. S. District Judge