AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GREGORY SMOKE | ) Case No: 2:06r167-001-MHT |
| | ) USM No: 08052-002 |
| Date of Previous Judgment: 3/9/2007 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   106   months **is reduced to**  97                          .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 | months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X  Other (explain):
> This term consists of 37 months on Cts 2 and 4, to be served concurrently, and 60 months on Ct. 3, to be served consecutively to the terms on Cts. 2 and 4

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   3/9/2007   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   July 14, 2008

/s/ Myron H. Thompson
Judge's signature

Effective Date: _____
(if different from order date)

Myron H. Thompson, United States District Judge
Printed name and title